**Order entered February 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00663-CV

**COLLIN PORTERFIELD, Appellant**

**V.**

**CENLAR FSB, MORGAN STANLEY PRIVATE BANK NA, F/K/A MORGAN STANLEY CREDIT CORPORATION, Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-00651-C**

## ORDER

Before the Court is appellant's February 4, 2015, motion to extend time to file reply brief and notice of address change. Regarding his change of address, our records currently contain appellant's new address. We **GRANT** the motion and **ORDER** appellant's reply brief filed no later than February 24, 2015.

/s/    CRAIG STODDART
       JUSTICE